IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>               Plaintiffs,<br><br>vs.<br><br>TIFFANY YOUNG, MICHAEL YOUNG, and SHELBY HOUSKA,<br><br>               Defendants. | CV 21–33–M–DWM<br><br>ORDER |

Plaintiff SafeCo having filed a notice of dismissal pursuant to Rule 41(a)(1),

IT IS ORDERED that the above-captioned cause is DISMISSED WITHOUT PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The Order re Deposit of Funds (Doc. 4) is WITHDRAWN.

DATED this 8 day of April, 2021.

Donald W. Molloy, District Judge
United States District Court